UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT

IN RE:  
    KONSWELLA BENTLEY

BANKRUPTCY
CASE NO. 18-12579

### CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

I hereby certify that Debtor has no Domestic Support Obligations.

_____
ANDREA B. PAUL, Esquire
Attorney for Debtor