United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-12579-mdc

Konswella Bentley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Apr 24, 2023      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Konswella Bentley, 130 Stony Creek Avenue, Lansdale, PA 19446-5258 |
| 14774587 | + | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 14647676 | + | Freedom Mortgage Corporation, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road. Ste. 130, Mount Laurel, NJ 08054-1218 |
| 14647589 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14129555 | + | PINGORA LOAN SERVICING, LLC., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14553188 | + | PINGORA LOAN SERVICINGS, LLC., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14093613 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14482350 | + | Pingora Loan Servicing, LLC, C/O ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14093614 | + | Steward Financial, 444 E. Kings Highway, Suite 200, Maple Shade, NJ 08052-3427 |
| 14109482 | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648, Attention: Jennifer D. Gould, Esquire 08648-2316 |
| 14093616 | + | Voya Financial, P. O. Box 44470, Phoenix, AZ 85064-4470 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2023 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14096090 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2023 23:34:27 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637969 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2023 23:34:44 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14093605 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 24 2023 23:34:36 | BMW Financial Services, P. O. Box 3608, Dublin, OH 43016 |
| 14103549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2023 23:34:44 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14093606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2023 23:34:26 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14093607 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:45 | Care Credit/Synchrony Bank, P. O. Box 960061, Orlando, FL 32896-0061 |
| 14093608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Apr 24 2023 23:31:00 | Comenity/HSN, P. O. Box 182120, Columbus, OH 43218-2120 |
| 14229781 | Email/Text: cashiering-administrationservices@flagstar.com Apr 24 2023 23:31:00 | | Flagstar Bank, FSB, Attn: Customer Service Dept., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14647590 | + Email/Text: Bankruptcy@Freedommortgage.com Apr 24 2023 23:31:00 | | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14584569 | Email/Text: Bankruptcy@Freedommortgage.com Apr 24 2023 23:31:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14093609 | + Email/PDF: Citi.BNC.Correspondence@citi.com Apr 24 2023 23:34:45 | | Home Depot, P. O. Box 790393, St Louis, MO 63179-0393 |
| 14119713 | + Email/Text: bankruptcydpt@mcmcg.com Apr 24 2023 23:31:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14093610 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Apr 24 2023 23:34:26 | | Navient Solutions, LLC, P. O. Box 740351, Atlanta, GA 30374-0351 |
| 14165834 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Apr 24 2023 23:34:36 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14093612 | + Email/Text: BKEBN-Notifications@ocwen.com Apr 24 2023 23:31:00 | | PHH Mortgage, P. O. Box 5452, Mt. Laurel, NJ 08054-5452 |
| 14552841 | ^ MEBN Apr 24 2023 23:26:12 | | PINGORA LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14121970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2023 23:34:27 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14094200 | + Email/PDF: rmscedi@recoverycorp.com Apr 24 2023 23:34:36 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14093611 | + Email/PDF: gecsedi@recoverycorp.com Apr 24 2023 23:34:44 | | Paypal Credit, P. O. Box 105658, Atlanta, GA 30348-5658 |
| 14125088 | Email/Text: bnc-quantum@quantum3group.com Apr 24 2023 23:31:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14093615 | + Email/PDF: Citi.BNC.Correspondence@citi.com Apr 24 2023 23:34:37 | | Thd/cbna, P. O. Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREA B. PAUL | on behalf of Debtor Konswella Bentley lawabp@aol.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BMW Bank of North America jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| JENNIFER D. GOULD | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com;lsciscio@stark-stark.com |
| JEROME B. BLANK | on behalf of Creditor Flagstar Bank FSB jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| THOMAS SONG | on behalf of Creditor PINGORA LOAN SERVICINGS LLC. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Konswella Bentley
      Debtor(s)

Case No: 18−12579−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/23